UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:   9:18-CV-81177-DMM

HOWARD COHAN,

    Plaintiff,

vs.

SML CULINARY, LLC
a Florida Limited Liability Company
d/b/a CHICK FIL A DELRAY BEACH

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, SML CULINARY, LLC, a Florida Limited Liability Company, d/b/a CHICK FIL A DELRAY BEACH, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 8, 2018.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Kevin D. Zwetsch**
Kevin D. Zwetsch, Esquire
Florida Bar No. 0962260
kevin.zwetsch@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                               **/s/ Gregory S. Sconzo**
                                               **Gregory S. Sconzo, Esq.**