# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81177-CV-MIDDLEBROOKS

HOWARD COHAN,

     Plaintiff,

v.

SML CULINARY, LLC, a Florida Limited
Liability Company d/b/a CHICK FIL A
DELRAY BEACH,

     Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on October 19, 2018. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22nd day of October, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record